J-S63044-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| IN RE: J.C.W., JR., A MINOR : | IN THE SUPERIOR COURT OF |
| : | PENNSYLVANIA |
| : | |
| APPEAL OF: J.C.W., NATURAL : | |
| FATHER : | |
| : | |
| : | |
| : | |
| : | |
| : | No. 868 WDA 2018 |

Appeal from the Order Dated May 14, 2018
In the Court of Common Pleas of Bedford County
Orphans' Court at No(s): CP-05-DP-0000022-2016

| | |
|---|---|
| IN RE: J.C.W., JR., A MINOR : | IN THE SUPERIOR COURT OF |
| : | PENNSYLVANIA |
| : | |
| APPEAL OF: J.C.W., NATURAL : | |
| FATHER : | |
| : | |
| : | |
| : | |
| : | |
| : | No. 869 WDA 2018 |

Appeal from the Order Dated May 14, 2018
In the Court of Common Pleas of Bedford County
Orphans' Court at No(s): CP-05-DP-0000022-2016,
No. 10 Adoption 2017

| | |
|---|---|
| IN RE: S.J.W., A MINOR : | IN THE SUPERIOR COURT OF |
| : | PENNSYLVANIA |
| : | |
| APPEAL OF: J.C.W., NATURAL : | |
| FATHER : | |
| : | |
| : | |
| : | |
| : | No. 870 WDA 2018 |

Appeal from the Order Dated May 14, 2018
In the Court of Common Pleas of Bedford County
Orphans' Court at No(s): 9 Adoption 2017

| | |
|---|---|
| IN RE: S.J.W., A MINOR : | IN THE SUPERIOR COURT OF |

J-S63044-18

|                                   |   |                         |
|-----------------------------------|---|-------------------------|
|                                   | : | PENNSYLVANIA            |
|                                   | : |                         |
| APPEAL OF: J.C.W., NATURAL        | : |                         |
| FATHER                            | : |                         |
|                                   | : |                         |
|                                   | : |                         |
|                                   | : |                         |
|                                   | : |                         |
|                                   | : | No. 871 WDA 2018        |

Appeal from the Order Dated May 14, 2018
In the Court of Common Pleas of Bedford County
Orphans' Court at No(s): DP-23 for the year 2016

|                                   |   |                         |
|-----------------------------------|---|-------------------------|
| IN RE: C.J.W.,A MINOR             | : | IN THE SUPERIOR COURT OF|
|                                   | : | PENNSYLVANIA            |
|                                   | : |                         |
| APPEAL OF: J.C.W., NATURAL        | : |                         |
| FATHER                            | : |                         |
|                                   | : |                         |
|                                   | : |                         |
|                                   | : |                         |
|                                   | : |                         |
|                                   | : | No. 872 WDA 2018        |

Appeal from the Order Dated May 14, 2018
In the Court of Common Pleas of Bedford County
Orphans' Court at No(s): No. DP-24 for the year 2016

|                                   |   |                         |
|-----------------------------------|---|-------------------------|
| IN RE: C.J.W., A MINOR            | : | IN THE SUPERIOR COURT OF|
|                                   | : | PENNSYLVANIA            |
|                                   | : |                         |
| APPEAL OF: J.C.W., NATURAL        | : |                         |
| FATHER                            | : |                         |
|                                   | : |                         |
|                                   | : |                         |
|                                   | : |                         |
|                                   | : |                         |
|                                   | : | No. 873 WDA 2018        |

Appeal from the Order Dated May 14, 2018
In the Court of Common Pleas of Bedford County
Orphans' Court at No(s): 12 Adoption 2017

|                                   |   |                         |
|-----------------------------------|---|-------------------------|
| IN RE: D.E.W., A MINOR            | : | IN THE SUPERIOR COURT OF|
|                                   | : | PENNSYLVANIA            |
|                                   | : |                         |
| APPEAL OF: J.C.W., NATURAL        | : |                         |
| FATHER                            | : |                         |

- 2 -

J-S63044-18

|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : | No. 874 WDA 2018 |

Appeal from the Order Dated May 14, 2018
In the Court of Common Pleas of Bedford County
Orphans' Court at No(s):  DP- 25 - 2016

| IN RE: D.E.W., A MINOR | : | IN THE SUPERIOR COURT OF |
|  | : | PENNSYLVANIA |
|  | : |  |
| APPEAL OF: J.C.W., NATURAL | : |  |
| FATHER | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : | No. 875 WDA 2018 |

Appeal from the Order Dated May 14, 2018
In the Court of Common Pleas of Bedford County
Orphans' Court at No(s):  11 Adoption 2017

BEFORE:   OTT, J., MURRAY, J., and STEVENS*, P.J.E.

CONCURRING STATEMENT BY OTT, J.:          **FILED DECEMBER 12, 2018**

I agree with the decision of the Majority to affirm the goal change orders and orders terminating the parental rights of Father to C.J.W. and D.E.W. **See** Appeal Nos. 872 and 873 WDA 2018, and 874 and 875 WDA 2018, respectively.

However, I write separately to express my disagreement with this Court's opinion in **In Re K.J.H.,** 180 A.3d 411 (Pa. Super. 2018), followed by the Majority, to address sua sponte the issue of whether counsel has a conflict

_____

* Former Justice specially assigned to the Superior Court.

- 3 -

between the legal interests and the best interests of J.C.W., Jr., and S.J.W., when the issue was not raised on appeal by Father. Nevertheless, I acknowledge that this panel is bound by that opinion. **See State Farm Fire & Cas. Co. v. Craley**, 844 A.2d 573, 575 (Pa. Super. 2004) (stating we are bound by decisions of other panels of this Court until an *en banc* panel of this Court, the legislature, or the Supreme Court decides otherwise.). Hence, I concur in the decision of the Majority to vacate the goal change orders and orders terminating the parental rights of Father to J.C.W., Jr., and S.J.W. **See** Appeal Nos. 868 and 869 WDA 2018, and 871 and 872 WDA 2018, respectively.